UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLUMBA AQUINO,

                              Plaintiff,

     -v-                                                      CIVIL ACTION NO. 26 Civ. 3252 (VSB) (SLC)

                                                             **ORDER**

WYCKOFF AVE., LAUNDROMAT INC. d/b/a GO
LAUNDRY WORLD, INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action was referred to the undersigned for general pretrial supervision.  (Dkt. No. 11).

On April 23, 2026, Plaintiff Columba Aquino ("Plaintiff") filed a complaint against Defendants

Wyckoff Ave., Laundromat Inc., d/b/a Go Laundry World, Inc. ("Wyckoff"), E Z Spin Laundromat,

Inc., ("EZ Spin"), Min Lin ("Lin") and Han Chen ("Chen") (together, "Defendants").  (Dkt. No. 12

(the "Complaint")).  On May 4, 2026, Plaintiff served all four Defendants with a summons and

Complaint, making Defendants' deadline to respond to the Complaint May 25, 2026.

(Dkt. No. 15–18).  See Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Defendants have not responded to

the Complaint.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for

Defendants to respond to the Complaint to **June 22, 2026**.

DEFENDANTS ARE WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND

TO THE COMPLAINT BY **JUNE 22, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO

INITIATE DEFAULT PROCEEDINGS.

Dated:    New York, New York                SO ORDERED.
          June 8, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**

2