UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLUMBA AQUINO,

                                    Plaintiff,

        -v-                                                         CIVIL ACTION NO. 26 Civ. 3252 (VSB) (SLC)

                                                                                              **ORDER**

WYCKOFF AVE., LAUNDROMAT INC. d/b/a GO
LAUNDRY WORLD, INC., et al.,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 23, 2026, Plaintiff Columba Aquino ("Plaintiff") filed a complaint against Defendants Wyckoff Ave., Laundromat Inc., d/b/a Go Laundry World, Inc. ("Wyckoff"), E Z Spin Laundromat, Inc., ("EZ Spin"), Min Lin ("Lin") and Han Chen ("Chen") (together, "Defendants"). (Dkt. No. 12 (the "Complaint")).  On June 5, 2026, Plaintiff filed proof of service of the summons and Complaint on Defendants, showing that Defendants had been served on May 4, 2026, making their deadline to respond to the Complaint May 25, 2026.  (Dkt. No. 15–18).  See Fed. R. Civ. P. 12(a)(1)(A)(i).  On June 8, 2026, Defendants having not responded to the Complaint, the Court sua sponte extended their deadline to June 22, 2026.  (Dkt. No. 19).  On June 22, 2026, Defendants Wyckoff, Lin, and Chen filed an answer.  (Dkt. No. 21).  Defendant EZ Spin, however, still has not responded to the Complaint.

As a final courtesy, the Court sua sponte **EXTENDS** the deadline for EZ Spin to respond to the Complaint to **August 7, 2026**.  EZ SPIN IS WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **AUGUST 7, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST EZ SPIN.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant E Z

Spin Laundromat, Inc. at 603 East 137th Street, Bronx, NY 10454.

Dated:       New York, New York                    SO ORDERED.
             June 23, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**

2