UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLUMBA AQUINO,

Plaintiff,

-v-

WYCKOFF AVE., LAUNDROMAT INC. d/b/a GO LAUNDRY WORLD, INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3252 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 22, the deadline for Defendant E Z Spin Laundromat, Inc. ("EZ Spin") to respond to the complaint (Dkt. No. 12 (the "Complaint")) was August 7, 2026. (Dkt. No. 22). The Court already sua sponte extended EZ Spin's deadline to respond to the Complaint twice. (Dkt. Nos. 19; 22). Given the mediation scheduled for August 14, 2026 at 10:00 a.m. ET, however, (Dkt. entry dated July 17, 2026), as a final courtesy, the Court sua sponte **EXTENDS** the deadline for EZ Spin to respond to the Complaint to **August 17, 2026**.

EZ SPIN IS WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **AUGUST 17, 2026**, MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST EZ SPIN.

EZ Spin is further put on notice that, as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow partnerships, corporations, or associations to appear in court without a licensed attorney)

(collecting cases); Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant E Z Spin Laundromat, Inc. at 603 East 137th Street, Bronx, NY 10454.

Dated: New York, New York
August 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**