UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLUMBA AQUINO,

Plaintiff,

-v-

WYCKOFF AVE., LAUNDROMAT INC. d/b/a GO LAUNDRY WORLD, INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 3252 (VSB) (SLC)

**ORDER CANCELLING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 5, 2026, Plaintiff Columba Aquino ("Plaintiff") filed a joint letter motion requesting dismissal of this case given that Plaintiff's FLSA claims are time-barred. (Dkt. No. 39 (the "Joint Motion")). In the Joint Motion, the parties request that the Court enter an Order "(1) dismissing Plaintiff's FLSA claims with prejudice; (2) declining to exercise supplemental jurisdiction over Plaintiff's NYLL claims pursuant to 28 U.S.C. § 1367(c)(3) and dismissing those claims without prejudice to Plaintiff pursuing them in state court; (3) terminating all pending motions and other proceedings in this action; and (4) providing that each party shall bear its own attorneys' fees and costs incurred in connection with this action." (Id.) On October 6, 2026, the Honorable Vernon S. Broderick ordered Plaintiff to file a letter confirming that Plaintiff's FLSA claims have not been privately settled (Dkt. No. 40), which Plaintiff filed on October 8, 2026. (Dkt. No. 41). On October 8, 2026, Judge Broderick issued an Order granting the Joint Motion and directing the Clerk of Court to close the case and all pending motions. (Dkt. No. 42 (the "Dismissal Order")).

In light of the Dismissal Order, the initial case management conference scheduled to take place in-person on **October 19, 2026, at 12:30 p.m. ET** (Dkt. No. 36) is **CANCELLED**. All deadlines in the Court's scheduling Order at Dkt. No. 36 are **VACATED**.

Dated: New York, New York
October 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**